JEFFREY HATTER, Respondent, v BOB MYERSON et al., Defendants, and FUSCALDO ENTERPRISES, LTD., Appellant. [978 NYS2d 893]—

Contrary to the appellant's contention, the Supreme Court providently exercised its discretion in concluding that the additional discovery of financial documents sought by the appellant was neither material nor necessary in the defense of the action (*see* CPLR 3101 [a]; *Constantino v Dock's Clam Bar & Pasta House*, 60 AD3d 612 [2009]).

The appellant's remaining contentions are without merit. Mastro, J.P., Cohen, Miller and Hinds-Radix, JJ., concur.